UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-mj-00002-JRS-CMM |
| | ) | |
| WADE L. WALKER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## Order

Wade Walker is serving a life sentence following convictions at a court-martial for charges related to two murders, in violation of the Uniform Code of Military Justice ("UCMJ"). Order at 1–4, *United States v. Walker*, No. 2:23-cv-00290-MPB-MKK (S.D. Ind. Aug. 19, 2024) (EFC No. 21) (citing *United States v. Walker*, 71 M.J. 363 (CAAF 2012)). Walker moves the Court to reduce his term of imprisonment under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines. (Mot. to Reduce Sentence, ECF No. 1; Suppl. Mot. to Reduce Sentence, ECF No. 7.)

Generally, a court "may not modify a term of imprisonment once it has been imposed," except under limited circumstances. 18 U.S.C. § 3582(c). Under §3582(c)(2), a court may reduce a term of imprisonment "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o) . . . after considering the factors set forth in section 3553(a) . . . ."

Here, Walker was sentenced under the UCMJ; he was not sentenced based on the United States Sentencing Guidelines. *See* 18 U.S.C. § 3551(a) (excluding defendants found guilty under the UCMJ from the application of the sentencing provisions in 18 U.S.C. §§ 3551–3586); *United States v. Garner*, 39 M.J. 721, 727 (N-M. C.M.R. 1993) ("[T]he Federal Sentencing Guidelines do not apply to trial by courts-martial."); *United States v. Pritchett*, No. ACM 34025, 2001 WL 322061, at *1 (A.F. Ct. Crim. App. March 26, 2001) ("The Federal Sentencing Guidelines do not apply to courts-martial . . . ."). Terms of imprisonment that are not determined by the United States Sentencing Guidelines are ineligible for modification under § 3582(c)(2). *See, e.g.*, *United States v. Taylor*, 778 F.3d 667, 672 (7th Cir. 2015) ("Relief is not available if a retroactive amendment 'does not have the effect of lowering the defendant's applicable guideline range.'") (quoting U.S.S.G. 1B1.10(a)(2)(B)).

Because Walker's term of imprisonment was not based on the United States Sentencing Guidelines, his Motion to Reduce Sentence, (ECF No. 1), and Supplemental Motion to Reduce Sentence, (ECF No. 7), are **denied** and the action is dismissed.

## Conclusion

Walker's Motion to Reduce Sentence, (ECF No. 1), and Supplemental Motion to Reduce Sentence, (ECF No. 7), are **denied**. This action is **dismissed** and this case is closed.

**SO ORDERED**.

Date: 7/10/2025

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

2

Distribution:

Wade L. Walker
Reg. No. 03217-122
TERRE HAUTE - FCI
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov